# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEUNHO PARK, and others,<br>　　　　Plaintiffs,<br>　　v.<br>UNITED STATES OF AMERICA and M.D. FERDA SAKMAN,<br>　　　　Defendants. | Case No. 21-cv-09639 NC<br><br>**ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, hereby recuse myself from this case and request that the case be reassigned to another judge pursuant to the Assignment Plan.

**IT IS SO ORDERED.**

Dated: December 15, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge