John D. Winer, Esq. (SBN 91078)
Elana R. Jacobs, Esq. (SBN 303178)
Michael S. Reeder, Esq. (SBN 282193)
WINER, BURRITT & SCOTT LLP
1901 Harrison Street, Suite 1100
Oakland, California 94612
Email: elana@wmlawyers.com
Email: michael@wmlawyers.com
Tel (510) 433-1000
Fax (510) 433-1001

Attorneys for Plaintiffs
KEUNHO (CHRIS) PARK, FELICIA DODGE,
DANIEL J. PERE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEUNHO (CHRIS) PARK, an individual; FELICIA DODGE, an individual; DANIEL PERE, an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA, a governmental entity; FERDA SAKMAN, M.D., an individual; and DOES 1 thru 25, inclusive,<br><br>Defendant(s). | Case No. 5:21-cv-09639-SVK<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☒ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

| | | | |
|---|---|---|---|
| DATE: | December 22, 2021 | NAME: | Elana R. Jacobs |
| | | | *Signature* |
| | COUNSEL FOR (OR "PRO SE"): | | Attorneys for Plaintiffs KEUNHO (CHRIS) PARK, FELICIA DODGE, DANIEL J. PERE |