| Attorney or Party without Attorney:<br>JOHN D. WINER (SBN 91078)<br>WINER, BURRITT & SCOTT, LLP<br>1999 HARRISON STREET SUITE 600<br>OAKLAND, CA 94612<br>*Telephone No:* <br>*Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>Park v. USA | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ||| 
| *Plaintiff:* KEUNHO (CHRIS) PARK, an individual; et al.<br>*Defendant:* UNITED STATES OF AMERICA, a governmental entity; et al. |||
| **PROOF OF SERVICE** | Hearing Date:   Time:   Dept/Div: | Case Number:<br>5:21-cv-09639-SVK |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; NOTICE OF ELECTRONIC FILING OF DOCUMENT NO. 11; STANDING ORDER FOR CIVIL CASES; ORDER REASSIGNING CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

3. a. Party served:     FERDA SAKMAN, M.D., an individual
   b. Person served:   Yvonne Nickerson, Person in charge.

4. Address where the party was served:   450 Golden Gate Ave, San Francisco, CA 94102

5. I served the party:
   a. **by substituted service.**   On: Thu, Feb 17 2022 at: 01:00 PM by leaving the copies with or in the presence of: Yvonne Nickerson, Person in charge.

   (1) [ ]  **(Residence or Usual Place of Abode)** a person of suitable age and discretion who resides there.
   (2) [X]  **(Company)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (3) [X]  **(Declaration of Mailing)** is attached.
   (4) [ ]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.



PROOF OF SERVICE

*6705041*
*(7873564)*
Page 1 of 2

| Attorney or Party without Attorney: <br> JOHN D. WINER (SBN 91078) <br> WINER, BURRITT & SCOTT, LLP <br> 1999 HARRISON STREET SUITE 600 <br> OAKLAND, CA 94612 <br> *Telephone No:* | | **For Court Use Only** |
|---|---|---|
| *Attorney For:* Plaintiff | *Ref. No. or File No.:* <br> Park v. USA | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | | |
| *Plaintiff:* KEUNHO (CHRIS) PARK, an individual; et al. <br> *Defendant:* UNITED STATES OF AMERICA, a governmental entity; et al. | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 5:21-cv-09639-SVK |

6. **Person Who Served Papers:**
   a. Andy Esquer (2013-0001009, San Francisco)
   b. FIRST LEGAL
      200 WEBSTER STREET, SUITE 201
      OAKLAND, CA 94607
   c. (415) 626-3111

   d. **The Fee** for Service was: 134.19
   e. I am: A Registered California Process Server

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

02/17/2022
(Date)    (Signature)



PROOF OF SERVICE

*6705041*
*(7873564)*
Page 2 of 2

|  |  |
|---|---|
| *Attorney or Party without Attorney:*<br>JOHN D. WINER (SBN 91078)<br>WINER, BURRITT & SCOTT, LLP<br>1999 HARRISON STREET SUITE 600<br>OAKLAND, CA 94612<br>*Telephone No:*<br>*Attorney For:* Plaintiff | **For Court Use Only** |
| *Ref. No. or File No.:*<br>Park v. USA | |

| | |
|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| *Plaintiff:* KEUNHO (CHRIS) PARK, an individual; et al.<br>*Defendant:* UNITED STATES OF AMERICA, a governmental entity; et al. | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:21-cv-09639-SVK |
|---|---|---|---|---|

1. *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; NOTICE OF ELECTRONIC FILING OF DOCUMENT NO. 11; STANDING ORDER FOR CIVIL CASES; ORDER REASSIGNING CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Thu, Feb 17, 2022
   b. Place of Mailing: OAKLAND, CA 94607
   c. Addressed as follows: FERDA SAKMAN, M.D., an individual
                           450 Golden Gate Ave, San Francisco, CA 94102

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu, Feb 17, 2022 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. Juan Cruz
   **b. FIRST LEGAL**
     200 WEBSTER STREET, SUITE 201
     OAKLAND, CA 94607
   c. (415) 626-3111

   d. **The Fee** for Service was: 134.19
   e. I am: Not a Registered California Process Server

6. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

| 02/17/2022 | |
|---|---|
| (Date) | (Signature) |



| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE**<br>**BY MAIL** | 6705041<br>(7873564) |
|---|---|---|