John D. Winer, Esq. (SBN 91078)
Elana R. Jacobs, Esq. (SBN 303178)
Michael S. Reeder, Esq. (SBN 282193)
WINER, BURRITT & SCOTT LLP
1901 HARRISON STREET, SUITE 1100
OAKLAND, CALIFORNIA 94612
Email: elana@wmlawyers.com
michael@wmlawyers.com
Tel (510) 433-1000
Fax (510) 433-1001

Attorneys for Plaintiffs
Keunho (Chris) Park, Felicia Dodge, and Daniel Pere

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEUNHO (CHRIS) PARK, an individual; FELICIA DODGE, an individual; DANIEL PERE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, a governmental entity; FERDA SAKMAN, M.D., an individual; and DOES 1 thru 25, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-09639-EJD<br><br>**ADMINISTRATIVE MOTION AND [~~PROPOSED~~] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

    Pursuant to Local Rules 6-3 and 7-11, Plaintiffs hereby brings this administrative motion for an Order continuing the Initial Case Management Conference, and all related dates, from March 17, 2022 at 10:00 a.m. to April 21, 2022 at 10:00 a.m. or as soon thereafter as is convenient for the Court.

    Pursuant to Local Rule 16.3, Lead Trial Counsel is to meet and confer as required by Fed. R. Civ. P. 26(f) and by ADR Local Rule 3-5. Plaintiff's Lead Trial Counsel is Elana Jacobs. (Declaration of Michael S. Reeder, ¶2.) Currently, the parties are required to meet and confer by February 24, 2022.

---

**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES**

(Ibid.) However, Ms. Jacobs has had a family medical emergency and is unavailable for the week of February 21-February 25, and may require additional time away from work. (Ibid.) On February 23, 2022, I was informed that her Mother had passed away. (Ibid.)

Further, Plaintiff's counsel has been in contact with Assistant United States Attorney, James A. Scharf, who will be representing the United States of America. (Id., ¶3.) Although he has not appeared in the case yet, he has asked for the Court to move the Initial Case Management Conference to some date after April 18, 2022. (Ibid.) He further advised that he is unavailable the week of May 2, 2022, due to a teaching engagement. (Ibid.) Mr. Scharf advised that an Answer to Plaintiffs' Complaint is presently due April 18, 2022. (Ibid.)

Plaintiffs' counsel is presently unaware of whether defendant Ferda Sakman, M.D. is represented or if Mr. Scharf will be representing her. (Id., ¶4.)

Thus, Plaintiffs move for the Court to continue the Initial Case Management Conference to April 21, 2022, or as soon thereafter as is convenient for the Court.

| Date | Event | Governing Rule |
|---|---|---|
| 12/14/21 | Complaint Filed | |
| 3/25/22 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) &<br>ADR L.R.3-5 |
| | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil L.R . 16-8(b)<br>& ADR L.R. 3-5(b) |
| 4/8/22 | **Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1)<br>Civil L.R . 16-9 |
| 4/21/22 | INITIAL CASE MANAGEMENT | Civil L.R . 16-10 |

**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES**

| | CONFERENCE (CMC) at 10:00 AM in:<br>Courtroom 4, 5th Floor<br>Robert F. Peckham Federal Building<br>280 South 1st Street, San Jose, CA 95113 | |

Dated: February 25, 2022                       **WINER, BURRITT & SCOTT, LLP**

                                            By:  **/s/ Michael S. Reeder**
                                                      John D. Winer, Esq.
                                                        Elana R. Jacobs, Esq.
                                                        Michael S. Reeder, Esq.

                                                        Attorneys for Plaintiffs
                                                        Keunho (Chris) Park, Felicia Dodge, and Daniel Pere

**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES**

**[PROPOSED] ORDER**

AFTER CONSIDERING THE MOVING PAPERS AND THE SUPPORTING DECLARATION, IT IS SO ORDERED that the Initial Case Management Conference is continued to April 21, 2022, and all related deadlines are continued to corresponded with that date.

DATE:  March 1, 2022

By: _____

Hon. Edward J. Davila

- 3 -

**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES**