UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KEUNHO PARK, ET AL.,
    Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,
    Defendants.

Case No. 5:21-cv-09639-EJD

**CASE MANAGEMENT ORDER**

This case is scheduled for a Case Management Conference on May 12, 2022. Based on the parties' Joint Case Management Statement and proposed schedule, the Court has determined an appearance is unnecessary at this time. Accordingly, the Case Management Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED that the Court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Statement.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order. The parties are instructed to comply with Federal Rule of Civil Procedure 15 in seeking joinder of parties or amendments to the pleadings prior to expiration of the deadline. Amendments sought after the deadline must comply with Federal Rule of Civil Procedure 16.

IT IS FURTHER ORDERED that the parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that any disputes with respect to discovery or disclosure are

1

Case No.: 5:21-cv-09639-EJD
CASE MANAGEMENT ORDER

referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DEADLINE |
| --- | --- |
| Exchange of confidential preliminary expert reports | November 1, 2022 |
| Exchange of confidential preliminary expert rebuttal reports | December 1, 2022 |
| Deadline for Filing Dispositive Motions[1]<br>*(see Section IV and V of Standing Order for Civil Cases)* | December 9, 2022 |
| Hearing on Anticipated Dispositive Motion(s) | 9:00 a.m. on January 19, 2023 |
| Mediation cutoff | January 31, 2023 |
| Fact Discovery Cutoff | February 1, 2023 |
| Designation of Opening Experts with Reports | March 1, 2023 |
| Designation of Rebuttal Experts with Reports | March 15, 2023 |
| Expert Discovery Cutoff | April 14, 2023 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Joint Trial Setting Conference Statement<br>(see Section IV(C)(2) of Standing Order for Civil Cases) | May 15, 2023 |
| Trial Setting Conference<br>(see Section IV(C)(1) of Standing Order for Civil Cases) | 11:00 a.m. on May 25, 2023 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to the timing

---

[1] This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

[2] A copy of Judge Davila's Standing Order is also available on the Court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

2

Case No.: 5:21-cv-09639-EJD
CASE MANAGEMENT ORDER

and content of the Joint Trial Setting Conference Statement and all other pretrial submissions.

**IT IS SO ORDERED**.

Dated: March 29, 2022

EDWARD J. DAVILA
United States District Judge