John D. Winer, Esq. (SBN 91078)
Elana R. Jacobs, Esq. (SBN 303178)
Michael S. Reeder, Esq. (SBN 282193)
WINER, BURRITT & SCOTT LLP
1901 HARRISON STREET, SUITE 1100
OAKLAND, CALIFORNIA 94612
Email: elana@wmlawyers.com
Email: michael@wmlawyers.com
Tel (510) 433-1000
Fax (510) 433-1001

Attorneys for Plaintiffs
Keunho (Chris) Park, Felicia Dodge, and Daniel Pere

### IN THE UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEUNHO (CHRIS) PARK, an individual; FELICIA DODGE, an individual; DANIEL PERE, an individual, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, a governmental entity; FERDA SAKMAN, M.D., an individual; and DOES 1 thru 25, inclusive, <br><br> Defendants. | Case No.: 5:21-cv-09639-EJD - <br><br> **CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

**U.S. District Court Case 5:21-cv-09639-EJD**
**Park et al v. United States of America et al.**

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am employed in the County of Alameda, California.  My business address is 1901 Harrison Street, Suite 1100, Oakland, California 94612.  I am over the age of eighteen (18) years and am not a party to the within action.

On **March 29, 2022**, I served the following documents:

1. Complaint
2. Summons
3. Notice of a Lawsuit and Request to Waive Service of a Summons
4. Waiver of Service of Summons (2 copies)
5. Order Setting Initial Case Management Conference and ADR Deadlines
6. Order Reassigning Case to Judge Davila
7. Clerks Notice Resetting Case Management Conference Following Reassignment
8. Judge Davila's Civil Standing Order
9. Order to Continue the Initial Case Management Conference and Related Dates
10. Clerk's Notice Continuing Hearing (Initial Case Management Conference continued to 5/12/2022)
11. Email re Joint Case Management Statement Due 5/12/2022

on the parties listed below, by placing a true and correct copy thereof addressed as follows:

| | |
|---|---|
| ***COUNSEL FOR FERDA SAKMAN, M.D.***<br>Robert K. Weinberg, Esq.<br>Heidi Langstaff<br>Law Office of Robert K. Weinberg<br>19200 Von Karman Ave., Suite 380<br>Irvine, CA 92612<br>Telephone (949) 474-9700<br>Facsimile  (949) 474-8024<br>Email:  heidirkweinberg@gmail.com | |

☒     **BY ELECTRONIC TRANSMISSION** – Pursuant to an agreement of the parties, I caused the above-listed documents to be sent to the persons at the e-mail addresses listed above on the dates and at the times stated thereon, transmitted from email: brenda@wmlawyers.com. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 29, 2022


/s/ Brenda Bruessard
Brenda Bruessard

Certificate of Service                          - 1 -